

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00273-CV

John M. **DONOHUE**,
Appellant

v.

**BANDERA COUNTY LAW ENFORCEMENT PERSONNEL**: Daniel R. Butts, J.J. Martinez, Gerald Johnson, Rod Chalmers, D.J. Nowlin, Ernest Ferniz, Luis Moreno, Kim Manglberger, Chris Ahumada, Shane Merritt, Jose Hernandez, Matt Hernandez, Birdie Tyler; Boerne Police Department Personnel: Pablo Morales; San Antonio Police Department Personnel: Perla Dominguez and Kevin Nakata; Denice Martinez and Martha L. Donohue,
Appellees

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CV-15-0000271
Honorable M. Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED January 8, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice